IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT G. WALKER,

      Plaintiff,                          No. CIV S-09-1290 EFB P

   vs.

JAMES J. WALKER, et al.,

      Defendants.              <u>ORDER</u>

                                     /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

      By order filed April 5, 2011, the court found that plaintiff had stated cognizable claims against defendants Virga, Brandon, Villasenor, and Parker, and informed plaintiff he could proceed against those defendants only or file an amended complaint to attempt to state additional cognizable claims against defendants Malfi and Ventimiglia. The court also informed plaintiff that it would consider plaintiff's decision to proceed only as to defendants Virga, Brandon, Villasenor, and Parker as consent to the dismissal of his claims against defendants Malfi and Ventimiglia. On April 13, 2011, plaintiff returned documents for service against defendants

1

1 Virga, Brandon, Villasenor, and Parker, electing not to file an amended complaint to attempt to
2 state cognizable claims against defendants Malfi and Ventimiglia.
3     Accordingly, IT IS HEREBY ORDERED that plaintiff's claims against defendants Malfi
4 and Ventimiglia are dismissed without prejudice.
5 Dated: April 20, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE