IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT G. BAKER,

       Plaintiff,                          No. CIV S-09-1290 KJM EFB P

   vs.

JAMES J. WALKER, et al.,

       Defendants                    <u>ORDER</u>

           Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

           On March 8, 2012, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

           The court presumes that any findings of fact are correct. *See Orand v. United States,* 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir.

/////

1

1983). Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 8, 2012, are adopted in full;

2. Plaintiff's motion for a preliminary injunction (Docket No. 20) is denied;

3. Defendants' motion to dismiss (Docket No. 18) is granted on the ground that the complaint fails to state a claim upon which relief may be granted; and

4. Plaintiff is granted leave to file an amended complaint, within thirty days of this order, curing the deficiencies identified in the magistrate judge's findings and recommendations as to the Eighth and Fourteenth Amendment claims regarding the gang validation and SHU sentence.

DATED: March 29, 2012.

UNITED STATES DISTRICT JUDGE

/